# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00475-CR

**Mark Skladany, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
## NO. CR02153, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due September 12, 2025. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due January 12, 2026. In granting the most recent extension, this Court ordered counsel to file appellant's brief by that date and informed him that no further extensions would be granted and that failure to comply with the order would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, the brief has not been filed.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make

appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than April 6, 2026. *See id.* R. 38.8(b)(3).

It is so ordered March 6, 2026.


Before Justices Triana, Kelly, and Ellis

Abated and Remanded

Filed: March 6, 2026

Do Not Publish